**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____

**Chapter you are filing under:**

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kimberly**<br>First name<br><br>_____<br>Middle name<br><br>**Kagen**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx-xx-5590 | |

Debtor 1    **Kimberly Kagen**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business name or EINs.

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

---

**5.** **Where you live**

**12222 Rohan Court**
**Owings Mills, MD 21117**
Number, Street, City, State & ZIP Code

**Baltimore**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

Debtor 1   **Kimberly Kagen**                                          Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **Kimberly Kagen**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Kimberly Kagen**                                    Case number *(if known)*

<table>
<tr><td></td><td></td><td>**About Debtor 1:**</td><td>**About Debtor 2 (Spouse Only in a Joint Case):**</td></tr>
</table>

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **15.** | **Tell the court whether you have received a briefing about credit counseling.** | *You must check one:* | *You must check one:* |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Kimberly Kagen**                                    Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kimberly Kagen**
_____        _____
**Kimberly Kagen**                                      Signature of Debtor 2
Signature of Debtor 1

Executed on   **October  7, 2022**                Executed on   _____
                      MM / DD / YYYY                                                MM / DD / YYYY

Debtor 1    **Kimberly Kagen**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Richard J. Hackerman**                    Date    **October  7, 2022**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Richard J. Hackerman**
Printed name

**Richard J. Hackerman**
Firm name

**3635 Old Court Road**
**Suite 208**
**Pikesville, MD 21208**
Number, Street, City, State & ZIP Code

Contact phone    **410-243-8800**         Email address    **richard@richardhackerman.com**

Bar number & State

---

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**United States Bankruptcy Court**
**District of Maryland**

In re   **Kimberly Kagen**

Debtor(s)

Case No.

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **October  7, 2022**

**/s/ Kimberly Kagen**
**Kimberly Kagen**
Signature of Debtor

1245 W. Lombard LLC
2055 15TH STREET N.  SUITE 399
Arlington, VA 22201


Adam Champaine
9115 Whiskey Bottom Road
Laurel, MD 20723


Adam Sharretts
6104 Frederick Ave
Catonsville, MD 21228


Adam Sharretts
101R John Street
Westminster, MD 21157


Alex Lopez
2055 15th St. N
Suite 300
Arlington, VA 22201


Alicia Harper
100 Spruce Lane
Annapolis, MD 21403


Alisha Lawson
5872 Pimlico RD
Baltimore, MD 21209


Alisha Segal
5872 Pimlico Rd
Baltimore, MD 21209


Alonzo Gilmore
5 Birch Ave
Glen Burnie, MD 21061

```
AmeriHome Mortgage
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362


AmeriHome Mortgage
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Andrew & Suzanne Lea
5155 Thunder Hill Rd
Columbia, MD 21045


Andrew Lea
5155 Thunder Hill Rd
Columbia, MD 21045


ANNETTE WILSON
3812 Granada Avenue
Gwynn Oak, MD 21207


Annette Wilson
3812 Granada Ave
Gwynn Oak, MD 21207
```

Anthony Kikendall - Pike & Gilliss, LLC
600 Washington Avenue
Suite 303
Towson, MD 21204


Antonine Vieux
6509 Grainger Ct
Elkridge, MD 21075


Apex Properties/John
12802 Atlantic Ave
Rockville, MD 20851


Ashanti Hawaizi
3923 Nemo Rd
Randallstown, MD 21133


Ashley Napier
7041 Copperwood Way
Columbia, MD 21046


Ashti Hawaiz
3923 Nemo Rd
Randallstown, MD 21133


Ayinda Spradley
8610 Vistula Dr
Fort Washington, MD 20744


Ayinde Spradley
8610 Vistula Dr
Fort Washington, MD 20744


BBVA
Attn: Bankruptcy
5 South 20th St
Birmingham, AL 35233

Beacon Building Products
8999 Yellow Brick Road
Rosedale, MD 21237


Benjamin Roth
5520 Roy Ct
New Market, MD 21774


Bertlyn Thompson
1004 Bittersweet Ct
Pikesville, MD 21208


Beth Smialkowski
1105 Wild Orchid Dr
Fallston, MD 21047


Bharti Patel
1618 Bear Paw Ln
Hanover, MD 21076


Boursiqiuot Rodriquez
4745 Catholic Church Rd
Knoxville, MD 21758


Brad and Rebecca Eltzer
12921 Woodboro Pike
Keymar, MD 21757


Brad Eltzer
12921 Woodboro Pike
Keymar, MD 21751


BRETT SEGAL
5872 Pimlico Road
Baltimore, MD 21209

Brett Segal
5872 Pimlico RD
Baltimore, MD 21209


Brett Segal
5872 Pimlico Rd
Baltimore, MD 21209


Brian King
2001 Cherry Rd
Edgewood, MD 21040


Brian Wolkind, Esq.
80   5th   Ave.
Suite 1401
New York, NY 10011


CarMax Auto Finance
Attn: Bankruptcy
Po Box 440609
Kennesaw, GA 30160


Catherine Outten
416 W. Lafayette
Catonsville, MD 21228


CENTRAL COLLECTIONS UNIT
STATE OF MARYLAND
300 WST PRESTON STREET
FIFTH FLOOR
Baltimore, MD 21201


Charity Allwell
7365 Cedar Ave
Jessup, MD 20794


Charles Jackson
5443 Simpkins Court
Ellicott City, MD 21043

Chris Nissly
1 Circle Drive
Linthicum Heights, MD 21090


Christine Fiscus
509 Morningside Drive
Glen Burnie, MD 21061


Christine Taylor
5509 38th Ave
Hyattsville, MD 20782


Comenity Bank/Ann Taylor
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/Ann Taylor Loft
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/Ann Taylor Loft
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity bank/J Crew
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comptroller of Maryland
Revenue Administration Division
Annapolis, MD 21411


COMPTROLLER OF THE TREASURY
301 WEST PRESTON STREET
ROOM 409
Baltimore, MD 21201


Connie Cook and Connie Cook Tr.
12203 Amblewood Drive
Laurel, MD 20708


Couser Consulting Group
2566 McCulloh Street
Baltimore, MD 21217


Craig Wenchel
2818 Hudson Street
Baltimore, MD 21224


CYNTHIA CHEEKS
6506 Livingston Road
Oxon Hill, MD 20750


Cynthia L. Sachs
8021 Cipher Row
Jessup, MD 20794


Cynthia Mann
6010 Arapahoe Terrance
Oxon Hill, MD 20745


Cynthia Mann
6010 Arapahoe Ter Oxon Hill
Parkville, MD 21234

Daniel Chreky
10400 Oaklyn Drive
Potomac, MD 20854


Dante Coates
5905 Kavon Ave
Baltimore, MD 21206


Dante Coates
5905 Kavon Avenue
Baltimore, MD 21206


David Couser
2566 MCColloh Street
Baltimore, MD 21217


David Couser
2566 McCulloh Street
Baltimore, MD 21217


David Woodside
507 Main Street
Stevensville, MD 21666


Debra Gamble
6727 Chisholm Dr
Gwynn Oak, MD 21207


Dillian Gordon
528 Gwynnwest Rd
Reisterstown, MD 21136


Dina Patterson
1914 Pometacon Dr
Hanover, MD 21076

division of unemployment
1100 N. Eutaw Street  Room 401
Baltimore, MD 21201-2225


Dovenmuehle Mortgage, Inc.
Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047


Ed Smialkowski
1105 Wild Orchid Dr
Fallston, MD 21047


Edmund Smialkowski
1105 Wild Orchid Dr
Fallston, MD 21047


Edward E. Farmer
6715 Horseshoe Drive
La Plata, MD 20646


Edward Farmer
6715 Horshoe Dr
La Plata, MD 20646


Edward Stephens
6619 Windsor Mill Rd
Gwynn Oak, MD 21207


Elizabeth Coar
125 Sollers Point Rd
Dundalk, MD 21222


Elizabeth S Wade
6407 Ruxton Drive
Elkridge, MD 21075

Elroy Gordon
528 Gwynnwest Rd
Reisterstown, MD 21136


Eric Korphage, Esq.
600 Washington Avenue
Suite 303
Towson, MD 21204


Errol Peart
613 Sonata Way
Silver Spring, MD 20901


Evanston Insurance  Company
10 Parkway N.
Suite 100
Deerfield, IL 60015


ez pass
6601 ritchie highway
Glen Burnie, MD 21062


ez pass
p.o. box 5100
Baltimore, MD 21224


Garrett Wenchel
2818 Hudson Street
Baltimore, MD 21224


George Greene
5660 Thunder Hill Rd
Columbia, MD 21045


Gladys Guy
3706 Taylor St
Brentwood, MD 20722

Greg Miller
2727 Fridinger Road
Manchester, MD 21102


Gregory Miller
2727 Fridinger Mill Rd
Manchester, MD 21102


Gregory Patterson, Sr.
1914 Pometacon Dr
Hanover, MD 21076


Guy Matthew Bulley
1002 Beechfield Avenue
Baltimore, MD 21229


Harbor Enterprise Center
3501 Toone St
Baltimore, MD 21224


Harbor Enterprise Center, LLC
3550 Boston street
Baltimore, MD 21224


Harrison Doyle
1107 Skyway Drive
Annapolis, MD 21409


Heather Cunha  -Giavonanni
16 Terrace Road
Essex, MD 21221


Howard County Department of Community Re
9830 Patuxent Woods Drive
Columbia, MD 21046

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20829
Fountain Valley, CA 92728


Hyundai Motor Finance Co
P.O. Box 20829
Fountain Valley, CA 92728-0829


Ian Valkonett
600 Wyndhurst Ave. #230
Baltimore, MD 21210


IM Contractors Inc.
10407 Truxton Road
Hyattsville, MD 20783


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
31 HOPKINS PLAZA ROOM 1140
Baltimore, MD 21201


Internal Revenue Service
PO Box 970024
Saint Louis, MO 63197-0024


Jesse Cerda
924 Beaverbank Circle
Towson, MD 21286


Jesse Cerda
924 Beaverbank Circle
Towson, MD 21286


Jewel Ledbetter
3334 N Chatham Rd #J
Ellicott City, MD 21042

Jim Dold
1905 Bulls Sawmill Rd
Freeland, MD 21053


Joan McFarlane -Peart
613 Sonata Way
Silver Spring, MD 20901


JoEllen T. Gass
1654 Shannon O Circle
Severn, MD 21144


John Dold
1905 Bulls Sawmill Rd
Freeland, MD 21053


John Dold
1905 Bulls Sawmill Rd
Freeland, MD 21053


JOHN DOUGHERTY ESQ.
1 South Street
Suite 2600
Baltimore, MD 21202


John Dougherty Esq.
1 South Street
Suite 2600
Baltimore, MD 21202


John Fuller
806 Barrett Ave
Arnold, MD 21012


John Kiser
103 Vista Ave
Glen Burnie, MD 21061

John Solomond and John Solomon Trustee
7429 Hawkins Creamery Road
Gaithersburg, MD 20882


Jonathan Epley
604 West Dr
Glen Burnie, MD 21061


Jonathan Epley  c/o Ian Valkenett
600 Wyndhurst Avenue
Suite 230
Baltimore, MD 21210-2449


Julian Harper
100 Spruce Lane
Annapolis, MD 21403


Julian Harper
100 Spruce Lane
Annapolis, MD 21403


Karen Allen Jackson
2127 Koko Lane
Baltimore, MD 21216


Keigni Di SatchouFleury
5885 Monroe Avenue
Sykesville, MD 21784


Kenneth Reinhardt
6938 German Hill Rd
Dundalk, MD 21222


kenyyetta Petty
8610 Vistula Dr
Fort Washington, MD 20744

Kesny Vieux
6509 Grainger Ct
Elkridge, MD 21075


Kevin Allen
48 Wyegate Court
Owings Mills, MD 21117


Kevin Eshman
376 Nicholson Rd
Essex, MD 21221


Kevin L. Allen
48 Wyegate Court
Owings Mills, MD 21117


Kristie Ford
1322 Woodlark Drive
Upper Marlboro, MD 20774-7000


LETHIA Jackson
5443 Simpkins Court
Ellicott City, MD 21043


Linda & John Kiser
103 Vista Ave
Glen Burnie, MD 21061


Linda Kiser
103 Vista Ave
Glen Burnie, MD 21061


Lisa  Gilmore
5 Birch Ave
Glen Burnie, MD 21061

Lisa & Alonza Gilmore
5 Birch Ave
Glen Burnie, MD 21061


LoanCare LLC
Attn: Consumer Solutions Dept
Po Box 8068
Virginia Beach, VA 23450


Lois Holmes
6305 Mount Alto Ave
Gwynn Oak, MD 21207


Lorionna Miller
2727 Fridinger Mill Rd
Manchester, MD 21102


Lucas Cunha
16 Terrace Rd
Essex, MD 21221


Lucas Cunha
16 Terrance Rd
Essex, MD 21221


Lucas Cunha
16 Terrace Road
Essex, MD 21221


Lyonell Vieux
6509 Grainger Ct
Elkridge, MD 21075


m&t bank
p.o. box 1056
Buffalo, NY 14240

m&t bank
p.o. box 62986
Baltimore, MD 21264


M&T bank
One M&T Plaza
Buffalo, NY 14203


Mallory Cerda
924 Beaverbank Circle
Towson, MD 21286


Margaret Eshman
376 Nicholson Rd
Essex, MD 21221


Margie Gessinger
Harbor Enterprise Center LLC
3501 Toone St
Baltimore, MD 21224


Maria Comi
9 Windmill Chase
Apartment - H
Sparks Glencoe, MD 21152


Maria Eleftheriou-Bulley
1002 Beechfield Avenue
Baltimore, MD 21229


Marie & Sterling Davis
5461 Wild Lilac
Columbia, MD 21045


Marie Davis
5461 Wild Lilac
Columbia, MD 21045

Marla Roth
5520 Roy court
New Market, MD 21774


Marla Roth
5520 Roy Ct
New Market, MD 21774


Marlene Stephens
6619 Windsor Mill Rd
Gwynn Oak, MD 21207


Martha Melendez
12617 Summerwood drive
Silver Spring, MD 20904


Maryland Home Improvement Commission
1100 N. Eutaw Street  Room 121
Baltimore, MD 21201


Maryland Home Improvement Commission
1100 N. Eutaw Street  Room 300
Baltimore, MD 21201


Matt Bulley
1002 South Beechfield Ave
Baltimore, MD 21229


Maxclaims
9712 Belair Road
Suite 201
Nottingham, MD 21236


McFarlane-Peart
316 Sonato Way
Silver Spring, MD 20901

```
MD Office of Attorney General CPD
200 Saint Paul Place
Baltimore, MD 21202


MICHAEL FISCLS
509 MORNINGSIDE DRIVE
Glen Burnie, MD 21061


Michael Fiscus
509 Morningside Drive
Glen Burnie, MD 21061


Mildred Chance
6305 Mount Alto Ave
Gwynn Oak, MD 21207


Mory Melendez
12617 Summerwood drive
Silver Spring, MD 20904


Motor Vehicle Administration
6601 Ritchie Highway, NE
Glen Burnie, MD 21062


Mr. and Mrs. Reinhardt
6938 German Hill Rd
Dundalk, MD 21222


MRS
1930 Olney Ave
Cherry Hill, NJ 08003


Mrs. Greene
5660 Thunder Hill Rd
Columbia, MD 21045
```

Nancy Debruler
1418 Evergreen Rd
Severn, MD 21144


Nancy L. Debruler
1418 Evergreen Rd
Severn, MD 21144


Nicholas McDaniels, Esq.
50 Citizens Way
Suite 305
Frederick, MD 21701


ODK Capital, LLC/on deck capital
1400 bROADWAY 25TH FLOOR
New York, NY 10018


Olga Robinson
299 Regency Circle
Linthicum Heights, MD 21090


Ollie Godlwire
9017 Meadow Heights Rd
Randallstown, MD 21133


Ollie Goldwire
9017 Meadow Heights Rd
Randallstown, MD 21133


Otis  Outten
416 W. Lafayette
Catonsville, MD 21228


Owen Duncan
7020 Hastings Dr
Capitol Heights, MD 20743

PALMER V. STEPHENS
6619 Windsor Mill Road
Gwynn Oak, MD 21207


Paula Chreky
10400 Oaklyn Drive
Potomac, MD 20854


Paula Fuller
806 Barrett Ave
Arnold, MD 21012


Peter Foster
80 Fifth Avenue Suite 1401
New York, NY 10011


PIRS CAPITAL
40 Exchange Place
Suite 1606
New York, NY 10005


PIUS Ogbewe
10025 Ridgeline Dr
Montgomery Village, MD 20886


Pius Ogbewe
10025 Ridgeline Dr
Montgomery Village, MD


PNC Bank
One Financial Parkway
Mail Code Z1-YB43-02-1
Kalamazoo, MI 49009


pnc bank
p.o. box 856177
Louisville, KY 40285-6177

```
pnc bank
P.O. Box 489909
Charlotte, NC 28269-5329


PNC BANK
101 West National Street Suite 5e
Indianapolis, IN 46255


Price/Taylor
5509 38th Ave
Hyattsville, MD 20782


Raisha fray
627 Robbie Ct
Aberdeen, MD 21001


Ramo Atkins II
310 Tetra Ct
Glen Burnie, MD 21061


Rebecca Eltzer
12921 Woodboro Pike
Keymar, MD 21751


Reginald Nettles
6217 Ironwood Way
Columbia, MD 21045


Reginald Nettles
6217 IronWood Way
Columbia, MD 21045


Richard Cook
801 Elden Street
Herndon, VA 20170
```

Richard Cook
12203 Amblewood Drive
Laurel, MD 20708


Richard Sissman Esq.
600 Jefferson Plaza
Suite 308
Rockville, MD 20852


Robert Gamble
6727 Chisholm Dr
Gwynn Oak, MD 21207


Robert Guy
3706 Taylor St
Brentwood, MD 20722


Robert Lesonevich
418 Lafayeette Ave
Catonsville, MD 21228


Robert Tramell
3307 Dublin School Road
Street, MD 21154


Robert Tramell
154 Bay Blvd
Havre De Grace, MD 21078


Roberta  Lesonevich
418 Lafayeette Ave
Catonsville, MD 21228


Roberto Carlos Martinez / Roberto Ortiz
16 E Lombard Street Suite 400
Baltimore, MD 21202

Rodriguez Boursiqiuot
4745 Catholic Church Rd
Knoxville, MD 21758


Rodriguez Boursiquot
4745 Catholic Church Road
Knoxville, MD 21758


Roof Center
501 N. Point Road
Rosedale, MD 21237


Roy Lyford-Pike Esq.
8757 Georgia Avenue
Suite 400
Silver Spring, MD 20910


Rupert Richardson aka Ruper RichardsonJr
7504 Old Harford Rd
Parkville, MD 21234


Ryan Haber
6015 43rd St
Hyattsville, MD 20781


Ryan Haber
6015 43rd St
Hyattsville, MD 20781


S&K Distribution, LLC
5107 North Point Blvd
Sparrows Point, MD 21219


Samuel Goldwire
9017 Meadow Heights Rd
Randallstown, MD 21133

Shafaat Khan
19223 Rock Maple Drive
Hagerstown, MD 21742


Shaheen Khan
19223 Rock Maple Drive
Hagerstown, MD 21742


Sharmen Thornton
627 Robbie Ct
Aberdeen, MD 21001


Sharon Dold
1905 Bulls Sawmill Rd
Freeland, MD 21053


Sharon Richardson
2600 Beethoven Ave
Gwynn Oak, MD 21207


Silvia Whitecotton
4737 Gawain Drive
Ellicott City, MD 21043


Small Business Administration
409 Third Street, SW
Washington, DC 20416


SRS Distribution Inc.
7440 S. Highway 121
McKinney, TX 75070


Stephanie Ciborski
967 Redgate Ct
Pasadena, MD 21122

Stephanie Ciborski
967 Redgate Ct
Pasadena, MD 21122


Stephanie L. Ciboroski
967 Redgate Court
Pasadena, MD 21122


Stephen Ball
11906 Chantilly Lane
Bowie, MD 20721


Sterling Davis
5461 Wild Lilac
Columbia, MD 21045


Stewart Pelegan
9619 Kings Grant Rd
Laurel, MD 20725


Suzanne Lea
5155 Thunder Hill Rd
Columbia, MD 21045


tennyson price Taylor
5509 38th Ave
Hyattsville, MD 20782


Theodore Gerard
8307 Hope Point Ct
Millersville, MD 21108


Theodore Gerard
8307 Hope Point Ct
Millersville, MD 21108

Thomas Moore
4909 Willshire Ave
Baltimore, MD 21206


Thomas P. Dore
1 Vale Road
Suite 200
Bel Air, MD 21014


Thomas Toole
5624 Carvel Street
Churchton, MD 20733


Towson Presbyterian Church
Pike and Gillis 600 Washington Ave.
Suite 303
Towson, MD 21204


Towson Presbyterian Church
400 W. Chesapeake Ave
Towson, MD 21204


Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025


Tracy L. Steedman, Esq.
7 St. Paul Street
Suite 600
Baltimore, MD 21202


U.S. Small Business Adminstration
14925 Kingsport Road
Fort Worth, TX 76155


Universal Supply Company, LLC
582 S Egg Harbor Road
Hammonton, NJ 08037

Utica Mutual Insurance Company
180 Genessee Street
New Hartford, NY 13413


Vincent Aubrey
1170 Peachtree Street NE Suite 1925
Atlanta, GA 30309


Viniak Saxena
16257 Harbour Town Dr.
Silver Spring, MD 20905


Vipul Patel
1618 Bear Paw Ln
Hanover, MD 21076


Walter Jones
 902 Long Manor Dr
Middle River, MD 21220


Wells Fargo Home Mortgage
Attn: Written Correspondence
Po Box 10335
Des Moines, IA 50306


William Donadio
18 Woodcove Ct
Parkville, MD 21234


William Donadio
18 Woodcove Ct
Parkville, MD 21234


Woodside, David
507 Main Street
Stevensville, MD 21666

Yesim Edev
3108 Woodhome Ave
Parkville, MD 21234


Yesmin Edev
3108 Woodhome Ave
Parkville, MD 21234


Yvonne Smith
802 Smoke Tree Rd
Pikesville, MD 21208