IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE<br><br>KIMBERLY KAGEN | Case No. 22-15554<br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ian T. Valkenet as counsel for the Creditors, Guy Matthew Bulley and Maria Eleftheriou Bulley.

/s/ *Ian T. Valkenet*
Ian T. Valkenet (Md. Fed. Bar # 30112)
Young & Valkenet
600 Wyndhurst Avenue, Suite 230
Baltimore, Maryland 21210
Office: (410) 323-0900
Direct: (410) 364-4544
Fax:    (410) 323-0977
Email: itv@youngandvalkenet.com

Attorney for the Creditors, Guy Matthew
Bullet and Maria Eleftheriou Bulley

### Certificate of Service and Compliance

I HEREBY CERTIFY that the foregoing document contains no restricted information and that on November 17, 2022, copies of the foregoing document were served, via the Court's CM/ECF facilities, on:

| | |
|---|---|
| Richard J. Hackerman, Esq.<br>3635 Old Court Road, Suite 208<br>Baltimore, Maryland 21208<br>richard@richardhackerman.com | Brian A. Tucci, Esq.<br>300 East Joppa Road, Suite 409<br>Towson, Maryland 21286<br>ECF@ch13balt.com |
| Attorney for the Debtor | Chapter 13 Trustee |

/s/ *Ian T. Valkenet*
Ian T. Valkenet (Md. Fed. Bar # 30112)